# United States District Court

WESTERN DISTRICT OF WASHINGTON

ELIZABETH HEARN

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5544KLS

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The ALJ's decision hereby is REVERSED and REMANDED for further administrative proceedings in accordance with the findings contained herein.


September 14, 2010
Date

BRUCE RIFKIN
Clerk


*s/CM Gonzalez*
Deputy Clerk