UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIZABETH HEARN,<br>       Plaintiff,<br> v.<br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>       Defendant. | No. C09-5544-KLS<br><br>ORDER |

IT IS HEREBY ORDERED, through the agreed motion by the parties, that Plaintiff is awarded attorney's fee, payable, if there is no recoverable debt under the Treasury offset program, to Plaintiff's attorney, Anne Kysar, of $4,164.18 and expenses for messenger service, and postage in the amount of $75.06, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and costs for the filing fee and photocopies in the amount of $353.10, pursuant to 28 U.S.C. § 1920.

DATED this 13th day of December, 2010.

              Karen L. Strombom
              United States Magistrate Judge

Presented By:

s/Anne Kysar
ANNE KYSAR, WSBA # 28351
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
E-mail: kysar@sgb-law.com